**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON**



Eastern District of Kentucky
FILED
MAR 28 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 6:24-CR-15-CHB
    18 U.S.C. § 2422(b)

WILLIAM TREVOR GOODSON

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

In or about August 2023, the exact date unknown, and continuing until on or about February 23, 2024, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**WILLIAM TREVOR GOODSON**

did knowingly persuade, induce, entice, or coerce an individual under the age of 18, using a means or facility of interstate commerce, to engage in sexual activity for which any person can be charged with a criminal offense, namely, Sexual Abuse in the First Degree under Kentucky Revised Statute § 510.110, all in violation of 18 U.S.C. § 2422(b).

A TRUE BILL

[signature redacted]

[signature]

**CARLTON S. SHIER IV
UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years and not more than life imprisonment, a fine not more than $250,000, and a term of supervised release of at least 5 years up to life.

**PLUS:** Mandatory special assessment of $100.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses within Chapter 117 of the United States Code.

**PLUS:** Restitution, if applicable.